Travis S. Prestwich, OSB 003617
Email: tprestwich@slamlaw.com
SWANSON, LATHEN, PRESTWICH, PC
3040 Commercial St. SE, Ste. 200
Salem, OR 97302
Telephone: 503-581-2421 / Fax: 503-588-7179
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM "LEVI" FAIRCHILD, SARAH FAIRCHILD and OLIVIA FAIRCHILD<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON A. WHITWORTH; JUSTIN KNOWLES; KNOWLES ENTERPRISES, LLC, a dissolved Washington limited liability company; KNOWLES ENTERPRISES, LLC, a Washington limited liability company; DISCOUNT TIRE CO. OF WAHINGTON, INC., a Washington corporation; DISCOUNT TIRE CO., INC., an Arizona corporation,<br><br>Defendants. | Case No. 3:20-cv-01425-SB<br><br>**GENERAL JUDGMENT OF DISMISSAL** |

Based on the stipulation of all the parties above, the Court hereby dismisses this matter with prejudice and without attorney fees or costs to any party.

**IT IS SO ORDERED.**

Dated: March 17, 2022.

_Stacie F. Beckerman_
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

Page | 1 GENERAL JUDGMENT OF DISMISSAL